STARK COUNTY BAR ASSOCIATION *v.* WINSTON.

[Cite as Stark Cty. Bar Assn. *v.* Winston (1988), 40 Ohio St. 3d 607.]

(No. D.D. 83-38—Submitted December 20, 1988—Decided December 30, 1988.)

The petition for reinstatement is granted. Craig N. Winston is reinstated to the practice of law in the state of Ohio.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

OFFICE OF DISCIPLINARY COUNSEL *v.* SCURO.

[Cite as Disciplinary Counsel *v.* Scuro (1988), 40 Ohio St. 3d 607.]

(No. D.D. 87-24—Submitted December 20, 1988—Decided December 30, 1988.)

The application for reinstatement is granted. Joseph E. Scuro, Jr. is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1988], 36 Ohio St. 3d 205, 522 N.E. 2d 572.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.